HON. RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA KILMAN, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF AUBURN, a Washington municipal corporation; and AUBURN VALLEY HUMANE SOCIETY, a Washington nonprofit corporation; and PHIL MORGAN and marital community,<br><br>Defendants. | NO. 2:21-cv-00026-RSM<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

The parties, through counsel, jointly request relief as set forth below.

### I. STIPULATION

The parties have, after good faith negotiations, resolved their differences and settled all claims and causes of action. Accordingly, the parties agree that this case should be dismissed in its entirety, with prejudice, and without fees or costs to any party.

SO STIPULATED.

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7374745.1

| | |
|---|---|
| *s/ Adam Karp*<br>Adam P. Karp, WSBA #28622<br>Attorney for Plaintiff<br>Animal Law Offices<br>114 W. Magnolia Street,<br>Suite 400-104<br>Bellingham, WA 98225<br>Telephone: 888-430-0001<br>Fax: 833-878-6835<br>Email: adam@animal-lawyer.com | *s/Adam Rosenberg*<br>Adam Rosenberg, WSBA #39256<br>Attorney for Defendant City of Auburn<br>Williams, Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: 206-628-6600<br>Fax: 206-628-6611<br>Email: arosenberg@williamskastner.com |

*s/ Suzanne Pierce*
Suzanne K. Pierce, WSBA #22733
Attorney for Defendants Auburn Valley Humane Society and Phil Morgan
Davis Rothwell Earle & Xochihua, PC
520 Pike Street, Suite 2500
Seattle, WA 98101
Telephone: 206.622.2295
Email: spierce@davisrothwell.com

## II. ORDER

The hereby DISMISSES this case in its entirety, with prejudice, and without fees or costs to either party.

EXECUTED this 4th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7374745.1